UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES KEMP, et al.,

      Plaintiffs,                No. 02-CV-74592-DT
                                    Hon. Gerald E. Rosen

MARCUS ROBINSON, et al.,

      Defendants.
_____/

### ORDER OF DISMISSAL

      At a session of said Court, held in
      the U.S. Courthouse, Detroit, Michigan
      on    March 16, 2006

      PRESENT:  Honorable Gerald E. Rosen
                           United States District Judge

    This matter having been settled among the parties at the Final Pretrial Conference held on September 1, 2005; and the parties having been directed to prepare and submit an order of dismissal for entry by the Court; and to date, no such order having been forthcoming and no other action having been taken by the parties, and the Court being fully advised in the premises,

    NOW, THEREFORE,

    IT IS HEREBY ORDERED that this case be, and hereby is, DISMISSED, with prejudice.

                                    s/Gerald E. Rosen
                                    Gerald E. Rosen
                                    United States District Judge

Dated:  March 16, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2006, by electronic and/or ordinary mail.

                               s/LaShawn R. Saulsberry
                               Case Manager